UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY WALLACE, | ) |
| | ) |
| **Defendant.** | ) |

No.   **4:21 CR 429 RLW JMB**

## GOVERNMENT'S MOTION TO WITHDRAW AS ATTORNEY

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Caroline Bean, Special Assistant United States Attorney, for said District and hereby withdraw as counsel on this case.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 *s/Caroline Bean*
CAROLINE BEAN, 34412(MO)
Special Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 21, 2022 a true and accurate copy of the foregoing was filed via the Court's electronic filing system upon all parties of record.

*s/Caroline Bean*
CAROLINE BEAN, 34412(MO)
Special Assistant United States Attorney