United States District Court Eastern District
Of Missouri Eastern Division

)
)
United States )
    Plaintiff )        Case No: 421-CR-429 R.L.W
)
)
Vs )
)
Mr Brian J Wallace )
)
Defendant )

<u>Motion To Dismiss For Violation of 4th,
6th 8th 14th Amendment Right Under The United
States Constitution</u>

Comes now Mr Brian Wallace sui juris, by and
through his living spirit, pursuant to Federal
Rules of Criminal Procedure 41 And moves this
Honorable court to Dismiss the indictment for
the following in Support thereof.

1) 11/1/22 Denied Suppression motion, 11/15/22 Subsitute
of prosecution Tiffany Becker (enter) Scharf (Exit)
11/22/22 Granted motion to extend trial date, see Def-
endant.

2) 12/22/22 prosecution file motion for Extension of
Time Granted

page 1

12/22/22 Judge gave until 1/9/23

3) 1/9/23 filed motion to Extension of time to Defendants objection 1/9/23 Judge granted

4) 1/19/23 Defendant motion to reset trial Date

5) Judge Ordered that no more continuous be filed from either party it is (final) Ordered that the government (will) respond to Defendant objection to R & R by 2/6/23

Wherefore, Defendant moves this Honorable Court to ███ Dismiss the Indictment for violating my 4th 6th, 8th, 14th Amendment Right Under the United States Constitution.

Respectfully Submitted

Mr Brian Wallace

page 2

Mr Brian Wallace #77749
D. pod
5- Basler Drive
Ste Genevieve Co jail
Ste Genevieve mo, 63670

RECEIVED

FEB 0 6 2023

BY MAIL

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

SAINT LOUIS MO 630
3 FEB 2023 PM 9 L



USA ★ FOREVER

(District Judge)

Mr Ronnie L. White
111 South Tenth Street
St Louis Mo, 63102

63102-112599